**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAGUADA JORGE NOHE,<br><br>        **Petitioner,**<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>       **Respondents.**<br>_____ | ) NO. EDCV 26-01952 MWC (KS)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the submissions filed by the parties, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no objections were filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that: (1) Judgment shall be entered granting the Petition; and (2) a writ of habeas corpus shall issue enjoining Respondents from re-detaining Petitioner without: (a) providing notice and a pre-deprivation hearing; and (b) complying with all other governing law.

DATED:    July 7, 2026

                        _____
                        MICHELLE WILLIAMS COURT
                        UNITED STATES DISTRICT JUDGE