JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAGUADA JORGE NOHE,** ) | **NO. EDCV 26-01952 MWC (KS)** |
| **Petitioner,** ) | |
| **v.** ) | **JUDGMENT** |
| **DEPARTMENT OF HOMELAND** ) | |
| **SECURITY, et al.,** ) | |
| **Respondents.** ) | |
| _____ | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge ("Order"), IT IS ADJUDGED that the pending Petition is GRANTED and a writ of habeas corpus shall issue consistent with the terms of the Order.

DATED:    July 7, 2026

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE